1 | Lakhbir Bhambra
2 | 2719 Rollingwood Drive
  | San Pablo, CA 94806
  | Telephone: (510) 575-5222
3 |
4 | Plaintiff Pro-Se

7 | UNITED STATES DISTRICT COURT
8 | NORTHERN DISTRICT OF CALIFORNIA

10 | LAKHBIR BHAMBRA,                      )  Case No. CV 09 5508 SI
                                          )
11 |     Plaintiff,                       )  STIPULATION AND
                                          )  [PROPOSED] ORDER
12 |     v.                               )  EXTENDING TIME FOR
                                          )  DEFENDANT AMERICAN
13 | AMERICAN PRESIDENT LINES, LTD.       )  PRESIDENT LINES, LTD. TO
   | and URBAN OUTFITTERS Inc. and DOES   )  RESPOND TO PLAINTIFF'S
14 | One through Ten, inclusive,          )  COMPLAINT
                                          )
15 |     Defendants.                      )

This Stipulation is entered into by and among plaintiff LAKHBIR BHAMBRA and Defendant AMERICAN PRESIDENT LINES, LTD. through their pro se counsel and appointed counsel, respectively.

WHEREAS Plaintiff served the Summons and Complaint on the above-named Defendant, American President Lines, Ltd. by mailing same to Defendant on November 23, 2009, via the US Mail;

WHEREAS AMERICAN PRESIDENT LINES, LTD.'s response is due on or before December 23, 2009, absent an extension of time;

WHEREAS AMERICAN PRESIDENT LINES, LTD. having just appointed counsel, requested through its counsel an extension of time to respond to Plaintiff's Complaint on December 9, 2009;

WHEREAS, the parties desire to conduct investigation and settlement discussions

-1-

1 | in the interim, which may obviate the need for further litigation.

2 | LAKHBIR BHAMBRA and AMERICAN PRESIDENT LINES, LTD. stipulate
3 | and agree as follows:

4 | The time for AMERICAN PRESIDENT LINES, LTD. to respond to Plaintiff's
5 | Complaint shall be extended to January 15, 2010.

7 | Dated: December 10, 2009        In Pro-per

By: _____
Lakhbir Bhambra

13 | Dated: December 10, 2009        LUCAS VALLEY LAW

By: _____
Mark K. de Langis
Attorneys for American President Lines, Ltd.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
Susan Illston
United States District Judge

-2-

## PROOF OF SERVICE

I am a citizen of the United States, over 18 years of age, not a party to this action and employed in the County of Alameda, California, at 2498 W14th St. Bldg. 808, Oakland, California. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

Today I served the attached:

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT AMERICAN PRESIDENT LINES, LTD. TO RESPOND TO PLAINTIFF'S COMPLAINT**

by causing a true and correct copy of the above to be placed in the United States Mail at San Pablo, California in sealed envelope(s) with postage prepaid, addressed as follows:

Mark K. de Langis, Esq.
Lucas Valley Law
2110 Elderberry Lane
San Rafael, CA 94903

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 10, 2009.

_____
Bhupinder Ojla