Lakhbir Bhambra
2719 Rollingwood Drive
San Pablo, CA 94806
Telephone: (510) 575-5222

Plaintiff Pro-Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKHBIR BHAMBRA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN PRESIDENT LINES, LTD. and URBAN OUTFITTERS Inc. and DOES One through Ten, inclusive,<br><br>Defendants. | Case No. CV 09 5508 SI<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT AMERICAN PRESIDENT LINES, LTD. TO RESPOND TO PLAINTIFF'S COMPLAINT |

This Stipulation is entered into by and among plaintiff LAKHBIR BHAMBRA and Defendant AMERICAN PRESIDENT LINES, LTD. through their pro se counsel and appointed counsel, respectively.

WHEREAS Plaintiff served the Summons and Complaint on the above-named Defendant, American President Lines, Ltd. by mailing same to Defendant on November 23, 2009, via the US Mail;

WHEREAS AMERICAN PRESIDENT LINES, LTD.'s response is due on or before December 23, 2009, absent an extension of time;

WHEREAS AMERICAN PRESIDENT LINES, LTD. having just appointed counsel, requested through its counsel an extension of time to respond to Plaintiff's Complaint on December 9, 2009;

WHEREAS, the parties desire to conduct investigation and settlement discussions

-1-

| | |
|---|---|
| 1 | in the interim, which may obviate the need for further litigation. |
| 2 | LAKHBIR BHAMBRA and AMERICAN PRESIDENT LINES, LTD. stipulate |
| 3 | and agree as follows: |
| 4 | The time for AMERICAN PRESIDENT LINES, LTD. to respond to Plaintiff's |
| 5 | Complaint shall be extended to January 15, 2010. |

Dated: December 10, 2009                    In Pro-per

By: _____
    Lakhbir Bhambra

Dated: December 10, 2009                    LUCAS VALLEY LAW

By: _____
    Mark K. de Langis
    Attorneys for American President Lines, Ltd.

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____         _____
                               United States District Judge

-2-

| | |
|---|---|
| 1 | PROOF OF SERVICE |

2  I am a citizen of the United States, over 18 years of age, not a party to this action

3  and employed in the County of Alameda, California, at 2498 W14th St. Bldg. 808, Oakland,

4  California. I am readily familiar with the practice of this office for collection and processing of

5  correspondence for mailing with the United States Postal Service and correspondence is deposited

6  with the United States Postal Service that same day in the ordinary course of business.

7  Today I served the attached:

8  **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT AMERICAN PRESIDENT LINES, LTD. TO RESPOND**
9  **TO PLAINTIFF'S COMPLAINT**

10 by causing a true and correct copy of the above to be placed in the United States Mail at San

11 Pablo, California in sealed envelope(s) with postage prepaid, addressed as follows:

12
Mark K. de Langis, Esq.
13 Lucas Valley Law
2110 Elderberry Lane
14 San Rafael, CA 94903

15  I declare under penalty of perjury under the laws of the United States that the

16 foregoing is true and correct and that this declaration was executed on December 10, 2009.

18  _____
     Bhupinder Ojla

-3-

STIPULATION EXTENDING TIME.