IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAKHBIR BHAMBRA,

    Plaintiff,

v.

AMERICAN PRESIDENT LINES, LTD., et al.,

    Defendants.
                               /

No. C 09-05508 SI

**ORDER VACATING HEARING; ORDER TO SHOW CAUSE**

On November 20, 2009, pro se plaintiff Lakhbir Bhambra filed suit in this Court, asserting claims for fraud, failure to supervise, intentional infliction of emotional distress, and defamation. Plaintiff's claimed basis for federal jurisdiction is 28 U.S.C. § 1331, which provides, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." All of plaintiff's claims, however, arise under California law, not federal law as is required to invoke this Court's jurisdiction under Section 1331. Defendants pointed out this defect in their motion to dismiss, but plaintiff offered no response to the jurisdictional argument. Additionally, plaintiff has offered no facts in support of invoking this Court's diversity jurisdiction pursuant to 28 U.S.C. § 1332.

Accordingly, the hearing currently set for March 12, 2010 is hereby VACATED and plaintiff is ordered to show cause in writing, to be filed no later than **March 15, 2010**, why this action should not be dismissed for lack of federal subject matter jurisdiction. In the absence of any such filing, the Court will dismiss this action without prejudice for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: March 3, 2010

                                                  SUSAN ILLSTON
                                                 United States District Judge