IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKHBIR BHAMBRA, | No. C 09-05508 SI |
| Plaintiff, | **ORDER GRANTING MOTION TO DISMISS FOR LACK OF FEDERAL JURISDICTION** |
| v. | |
| AMREICAN PRESIDENT LINES, LTD., et al., | |
| Defendants. | |

On January 25, 2010, defendant American President Lines filed a motion to dismiss plaintiff's complaint for, among other things, lack of federal subject matter jurisdiction. In opposing the motion, plaintiff offered no explanation as to why this Court has jurisdiction over his claims. Thereafter, the Court issued an Order to Show Cause why this action should not be dismissed for lack of federal jurisdiction. Plaintiff did not respond to the Court's order.

Accordingly, defendant's motion to dismiss is GRANTED. (Docket No. 12). This action is hereby DISMISSED for lack of federal jurisdiction.

**IT IS SO ORDERED.**

Dated: March 16, 2010

SUSAN ILLSTON
United States District Judge