*See Saul v. United States*, 928 F.2d 829, 843 (9th Cir. 1991).

The Court has reviewed plaintiff's proposed FAC and concludes that permitting plaintiff to amend his complaint to assert claims giving rise to federal jurisdiction would be futile. The proposed FAC simply cites a list of federal statutes, namely 18 U.S.C. § 1964(c) (RICO), 18 U.S.C. § 1001 (false statements), 31 U.S.C. § 3729 (False Claims Act), 18 U.S.C. § 1341 (mail fraud), and 18 U.S.C. § 1343 (wire fraud), without offering sufficient factual allegations in support of any of these proposed causes of action. In addition, the proposed FAC cites to two nonexistent sections of the United States Code, 49 U.S.C. §§ 392.9 and 390.2.1.[2]

Accordingly, the Court concludes that permitting amendment of plaintiff's complaint to add the aforementioned federal claims would be futile, and DENIES the motion for leave to file an FAC (Docket No. 23). Because there is still no basis for federal jurisdiction, the Court's prior dismissal of this action remains in effect. An amended judgment, reflecting this order, will be issued.

**IT IS SO ORDERED.**

Dated: March 20, 2010

SUSAN ILLSTON
United States District Judge

---

[2] With respect to the former citation, plaintiff may have intended to refer to 49 C.F.R. § 392.9, a regulation promulgated under the federal Motor Carrier Act. The latter citation does not refer to any existing statute or regulation.