IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKHBIR BHAMBRA, | No. C 09-05508 SI |
| Plaintiff, | **AMENDED JUDGMENT** |
| v. | |
| AMERICAN PRESIDENT LINES, LTD., et al., | |
| Defendants. | |

Plaintiff's motion to file a First Amended Complaint is denied and this action is dismissed for lack of jurisdiction. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 20, 2010

SUSAN ILLSTON
United States District Judge